UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUADALUPE GUTIERREZ, SR.,

    Plaintiff(s),

vs.

INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY LOCAL 39, et al.,

    Defendant(s).

No. C 10-01109 MHP

**ORDER DISMISSING COMPLAINT**

    This action was filed on March 15, 2010. An answer to the complaint was filed on June 30, 2010. No other action has been taken by plaintiff to pursue this case since that time and there are no other entries on the docket report after June 30, 2010. This court's Courtroom Deputy contacted plaintiff's counsel several weeks ago and she advised that the matter was resolved. She was told to file a dismissal or other appropriate document and has failed to do so. Therefore,

    IT IS HEREBY ORDERED that this complaint is DISMISSED with prejudice for failure to prosecute. The Clerk of Court shall close the file.

Date: June 21, 2011

MARILYN HALL PATEL
United States District Judge
Northern District of California